**Order entered April 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00169-CV

**TOM BENSON, D/B/A LOW PRICE BAIL BONDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 1
Dallas County, Texas
Trial Court Cause No. MC-14-R0012-D**

## ORDER

On April 20, 2015, we ordered Dallas County Clerk John F. Warren to file, no later than April 24, 2015, a supplemental clerk's record containing the record from the Richardson Municipal Court in cause number MC-14-R0012-D and all other pleadings originally filed in County Court at Law No. 1 in cause number CC-13-04944-A. By letter filed April 23, 2015, Shantay Smith, a county clerk process support supervisor, informed the Court that the clerk's record filed March 12, 2015 contains all the records the Dallas County Clerk received from the Richardson Municipal Court and from County Court of Law No. 1. The letter further states the Dallas County Clerk has no additional records to file.

Because the Dallas County Clerk has no additional records to file and the County Criminal Court of Appeals' docket sheet reflects no hearing was held in this bond forfeiture case,

we deem the March 12, 2015 clerk's record the complete appellate record.  Accordingly, we

**ORDER** appellant to file his brief no later than June 1, 2015.  *See* TEX. R. APP. P. 38.6(a).


/s/     CRAIG STODDART
JUSTICE